BELL v. WILSON.

*Opinion on motion for reconsideration.*

It is not ruled in this case, as counsel seems to suppose, that a subsequent creditor or purchaser may not attack the deed of Moore as a fraud upon his rights. See *Adams v. Edgerton, 48 Ark., 419; Driggs v. Norwood, 50 Ark., 42.* It is only determined that the Allen decree was not evidence of that fact in this suit.

Motion denied.